UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19CR00149-002BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | WRIT OF EXECUTION |
| | ) | |
| DANIEL N. KEMP, SR., | ) | |
| | ) | |
| Defendant. | ) | |

TO THE UNITED STATES MARSHAL:

On January 8, 2021 a judgment was entered in the United States District Court for the Eastern District of North Carolina, in favor of the United States of America, plaintiff, and against the above-captioned defendant, whose last known address is Terre Haute, Indiana and last four of the social security number are 2545, in the sum of $6,008,897.00.

Since entry of judgment, costs and interest may have accrued according to law. The total amount currently owed is $6,008,897.00. A lien has been properly recorded by the plaintiff with the County Clerk, King County, Texas, under file number 2021-052.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED pursuant to 28 U.S.C. § 2001 and/or 28 U.S.C. § 3013, to satisfy the judgment by levying on and selling all property in which defendant has a substantial nonexempt interest, and by executing upon the real property located at 606 East Seventh Street, Guthrie, Texas.

You are authorized to enter into and upon the real property, as described above, to seize and process the property, to take any measures necessary to secure the premises, and to remove any and all persons holding possession and all personal possessions in order to prepare the real property for sale. No sale shall take place until either the United States Attorney's Office or you have filed a certificate with the court indicating that the defendant has been served with a copy of this Writ, and until at least thirty (30) days has passed since the date of said service. No other process needs to be served on the defendant prior to the sale, and the Notice of Levy does not need to be filed with the county.

YOU ARE ALSO COMMANDED to collect interest, if applicable, thereon from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

YOU ARE FURTHER COMMANDED that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs and interest.

YOU ARE FURTHER COMMANDED to prepare and file a Report of Sale with the Court within five (5) days after the sale is completed. The sale will be final after the Report of Sale is filed with the Court.

YOU ARE FURTHER AUTHORIZED, at your discretion, to contract with a real estate or brokerage firm for the sale of the property in order to maximize said sale. Regardless of whether you use a real estate or brokerage firm, you are not

required to sell property at auction, on the premises of the property, or at the courthouse, and any reasonable advertising may be used, so long as the sale is done in a commercially reasonable manner and to a bona fide, third-party purchaser for reasonable market value. No official Notice of Sale needs to be issued and posted at the county courthouse.

ISSUED this __11__ day of __May_____, 2021.

By: _____
PETER A. MOORE, JR.
Clerk of Court

USA v. DANIEL N. KEMP, SR
No. 5:19CR00149-002BO

## **RETURN**

Date Received:                    Time Received:

_____            _____


Date of Levy:                     Property Seized Pursuant to Levy

_____            _____


Date of Sale:                     Fees, Costs and Expenses

_____            _____


The writ was received, has been executed, and the sale completed.

                                                                         _____
                                                                          United States Marshal


                                                  BY      _____
                                                                           Deputy United States Marshal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19CR00149-002BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **INSTRUCTIONS TO CRIMINAL** |
| v. | ) | **DEFENDANT, CLERK'S NOTICE OF** |
| | ) | **POST-JUDGMENT EXECUTION,** |
| DANIEL N. KEMP, SR., | ) | **RIGHT TO HAVE EXEMPTIONS** |
| | ) | **DESIGNATED, AND REQUEST FOR** |
| Defendant. | ) | **HEARING.** |

You are hereby notified that your property is being taken by the United States of America which has a judgment against you in the above captioned case in the Eastern District of North Carolina, in the sum of $6,008,897.00. A balance of $6,008,897.00 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions which apply in situations involving a criminal debt. If you wish to claim exempt property, you must complete and return the attached exemption form.

If you are the defendant, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above referenced exemptions.

If you want a hearing regarding your criminal exemptions, you must request one from the court within 20 days after receipt of the notice. Your request must be in writing. Not all requests are granted.

If you wish, you may request a hearing by completing the attached Request for Hearing. You must either mail it or deliver it in person to the Clerk of the United States District Court at 310 New Bern Avenue, Raleigh, North Carolina, 27601. You must also send a copy of your request to the United States Attorney, Financial Litigation Unit, 150 Fayetteville Street, Suite 2100, Raleigh, North Carolina 27601, so the Government will know you want a hearing.

If you are entitled to a hearing, it may take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that

as possible. If you are granted a hearing, you may explain to the judge or clerk why you believe the property the Government has taken is exempt. If the Government is pursuing a writ of execution your property may be sold at public auction and the proceeds of the sale paid on the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the clerk of the court at 310 New Bern Avenue, Raleigh, North Carolina 27601. You must also send a copy of your request to United States Attorney at 150 Fayetteville Street, Suite 2100, Raleigh, North Carolina 27601, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

_____
PETER A. MOORE, JR.
Clerk, United States District Court

USA v DANIEL N. KEMP, SR
Docket Number: 5:19CR00149-002BO

REQUEST FOR HEARING

_____ Yes, I want a hearing within _____ 5 days; or _____ after 5 days, but within a reasonable time so I can first discuss this with the U. S. Attorney's Office.

Please notify me at the following address:
_____
_____
_____

or telephonically at

(Home)   (_____) _____
(Work)   (_____) _____

I contest the following:
_____
_____
_____

**NOTE:   You should return your Claim for Exemption Form with this notice for hearing, sending a copy of each to:**

**Clerk, United States District Court**
**P.O. Box 25670**
**Raleigh, NC 27611**

**United States Attorney's Office**
**Financial Litigation Unit**
**150 Fayetteville Street, Suite 2100**
**Raleigh, North Carolina 27601**

USA v. DANIEL N. KEMP, SR.
Court Number: 5:19CR00149-002BO


# CLAIM FOR EXEMPTIONS FORM
## (EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613))

The law provides that certain property and wages cannot be taken. Such property is said to be exempt. This Notice lists the exemptions under applicable federal law. There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you must fill out this Claim for Exemption Form and deliver or mail the form to:

> Clerk, U.S. District Court
> 310 New Bern Avenue, 5th Floor (deliver)
> P.O. Box 25670 (mail)
> Raleigh, North Carolina 27611

You must also send a copy of the form to:

> United States Attorney's Office
> Financial Litigation Unit
> 150 Fayetteville Street, Suite 2100
> Raleigh, North Carolina 27601.

I claim that the exemption(s) which are checked below apply in this case:

\_\_\_\_ 1. **Wearing apparel and school books.** Such items of wearing apparel and such school brooks as are necessary for the debtor or for members of his family.

\_\_\_\_ 2. **Fuel, provisions, furniture, and personal effects.** So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed $9,790.00 in value.

\_\_\_\_ 3. **Books and tools of a trade, business, or profession.** So many of the books and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $4,890.00 in value.

____    4.    Unemployment benefits. Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

____    5.    Undelivered mail. Mail addressed to any person, which has not been delivered to the addressee.

____    6.    Certain annuity and pension payments. Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll(38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

____    7.    Workmen's Compensation. Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

____    8.    Judgments for support of minor children. If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

____    9.    Certain service-connected disability payments. Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under (A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37 or 39 of such Title 38.

____    10.    Assistance under Job Training Partnership Act. Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) From funds appropriated pursuant to such Act.

*IT MAY BE HELPFUL FOR YOU TO CONSULT WITH AN ATTORNEY IN THIS MATTER.*

**The statements made in this Claim for Exemption Form as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.**

_____
**Defendant**

**Date**_____