**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

```
_____  )
UNITED STATES OF AMERICA,      )
                               )
              vs.              )    CASE NO. 5:19-CR-149-2BO
                               )
                               )
DANIEL N. KEMP, SR.,           )
                               )
              Defendant.       )
_____  )
```

**WEDNESDAY, JULY 8, 2020**
**SENTENCING HEARING**
**HELD IN RALEIGH, NORTH CAROLINA**
**BEFORE THE HONORABLE TERRENCE W. BOYLE**
**CHIEF UNITED STATES DISTRICT JUDGE**

**MICHELLE A. McGIRR, RPR, CRR, CRC, RMR**
**Official Court Reporter**
**United States District Court**
**Raleigh, North Carolina**

**APPEARANCES**:


<u>On Behalf of the Government</u>:

**KAYLYNN N. (Shoop) FOULON, Special Assistant U.S. Attorney**
**DOJ Criminal Division**
**Child Exploitation and Obscenity Section**
1400 New York Avenue, NW
Washington, DC  20005


**KELLY SANDLING, Assistant U.S. Attorney**
**U.S. Attorney's Office**
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina  27601


<u>On Behalf of the Defendant</u>:

**SCOTT WILKINSON, Esquire**
**Scott L. Wilkinson & Associates, P.C.**
2802 Anderson Drive, Suite 101
Raleigh, North Carolina  27608


<u>USPO</u>:

**MARY VANN ROBERSON**

```
 1                    (Wednesday, July 8, 2020)
 2                 P R O C E E D I N G S
 3
 4                  (Open Court at 10:14 a.m.)
 5           THE COURT:  Bring Daniel Kemp in.
 6           MR. WILKINSON:  Good morning, your Honor.
 7           THE COURT:  Good Morning.
 8   (The defendant, Daniel N. Kemp, Sr., escorted into the courtroom at
 9                          10:18 a.m.)
10           THE COURT:  You're Daniel Kemp?
11           THE DEFENDANT:  Yes, sir.
12           THE COURT:  Do you want to say anything about your
13   sentence or your case?
14           THE DEFENDANT:  Yes, sir.
15           It's my fault.  I'd like to apologize to Charles.  I'd
16   like to apologize to my wife, Shae, Mary, Sharie, Daniel, Carlene
17   Darling, my other friends and family.
18           Bad judgment.  In a cycle of -- a never-ending, perpetual
19   cycle of a strong desire to make amends.  I want to make amends.  I
20   want to rectify, I want to fix things.  There's a lot of
21   self-loathing.  Most times I hate myself.  Rightfully so.  On other
22   occasions I pray for death.
23           Going back, trying to find a reason why I took actions
24   that I took and I can't find them.  I want to get my head fixed.  I
25   beg forgiveness.  I humbly beg forgiveness from all who have been
```

1　affected and impacted by this.  I beg for mercy from the Court and

2　you, your Honor.

3　　　　　　　　That's all I have to say, sir.

4　　　　　　　　THE COURT:  All right.  Thank you.

5　　　　　　　　His pre-sentence report has a Guideline of a 42,

6　Category I, which is 360 months to life.

7　　　　　　　　Do you have any objection to that as a Guideline?

8　　　　　　　　MR. WILKINSON:  Your Honor, we did raise one objection

9　with respect to that.  It would change the calculation to a 40, but

10　still a Category I, and would result in a Guideline range of 24 to

11　30 years.

12　　　　　　　　As the Court is not bound by those advisory Guidelines, I

13　think I can incorporate what I have to say about that objection in

14　my general comments to the Court.

15　　　　　　　　THE COURT:  All right.

16　　　　　　　　Does the Government agree that the report as presented is

17　correct; that the offense level is a 42, Criminal History Category

18　I?

19　　　　　　　　MS. FOULON:  Yes, your Honor.

20　　　　　　　　THE COURT:  All right.  I so find and his Guideline range

21　is 360 to life.

22　　　　　　　　Now, to what extent is there victim participation in the

23　case?

24　　　　　　　　MS. FOULON:  Yes, your Honor.

25　　　　　　　　We have three victims here today with us.  Two of the

three would like to read their victim impact statements and the
additional, I believe four victim impact statements, will be read by
myself, the Special Agent and the FBI Special Witness Coordinator.

THE COURT:  All right.  Well, go ahead and present it.
How long is this going to take?

MS. FOULON:  Approximately 15 minutes, your Honor.

THE COURT:  Okay.

MS. FOULON:  Thank you, your Honor.

The first victim impact statement will be read by myself
and that is the victim impact statement of DKJ.

Judge Terrance Boyle, my name is DKJ.  I wanted to let
you know how what my parents have done have affected me.  I find it
hard to trust people or get close to people because of the abuse
I've gone through.  I can't say it's the only reason but it's part
of the reason I became addicted to drugs and ended up in prison.  I
know it affected everyone differently.  I know it broke my siblings
down to where they were scared to do anything and I feel like they
were sheltered because of it and held back -- and it held back
growing like my brother, he's over 18 but mentally doesn't act his
age.  I don't know what you will do to them but because what I've
been through I will never have contact with them again.  I feel -- I
fear for the safety of my sisters and brother.  You should do what
you feel is right so they will be safe.

The next one, your Honor, is from victim CK.

This is my victim letter.  This is what I think about the

whole thing.  I think that my father should spend the rest of his days and jail.  I hate him for what he did to me everyday.  He took everything from me.  He hurt me so bad.  I hate everything that he did to me.  That is what I think about my dad and what should happen to him.

This is what I think about my mom and should happen to her.  She beat me and yes she didn't really believe when I tried to tell her what he was trying to do and did nothing.  I don't care if she gets out of jail or stays.  I just want her to be able to get the medical care she needs.  I just wish that I had told someone sooner about what was happening to me.  That is what I think about this and how I feel about it.

The next one, your Honor, will be read by Special Agent Jessica Smeltz and it's the victim impact statement of victim SK.

SPECIAL AGENT SMELTZ:  What happened.  My parents were always very over protective.  They never allowed us to go anywhere without them unless it was to school.  My mother was very verbally, mentally and physically abusive.  She always told me I was fat and would always be fat.  She would force me to do exercise such as spend an hour on an exercise bike 2 times a day or run up and down the stairs for an hour.  Even if I told her I was tired she would still force me to or I would get hit.  She would make us come home from school and clean and cook dinner and if I didn't have time for my homework then it wouldn't get done and then would blame us for being lazy and not doing our school work and punish us for bad

1  grades.

2          Her forms of punishment were terrible.  She would make us

3  stand against the wall on one foot for anywhere from 30 minutes to

4  several hours.  She would make us stay in the push-up position for

5  the same amount of hours.  She would take a wooden or plastic

6  cooking spoon and hit us on our palms and our knuckles.  She would

7  spank us with a boat oar.  She would smack us in the face.  She hit

8  us with fly swatters.  She was more abusive when my dad was

9  deployed.

10          The abuse started almost immediately after the adoption.

11  I remember living in New York and before she would feed us dinner we

12  had to scrub the floors on our hands and knees with wash rags.  It

13  was only about 4-5 -- I was only about 4-5 years old at this time.

14  Also making us cut the grass with scissors as punishment as well.

15          The sexual abuse from my father didn't start until moving

16  to TN.  I was about 12 years old and just starting the 6th grade

17  when we moved here.

18          I was never allowed to hang out with friends outside of

19  school.  No birthday parties, no sleepovers, nothing.  It took me

20  awhile to understand why they kept us on such short leashes.  They

21  were afraid of people finding out what was happening behind closed

22  doors.

23          The sexual abuse started off as being passed as

24  accidental touches of my breasts or butt.  Then slowly graduated to

25  making me sit on his lap and he would force my hand down his pants

or force his hands between my legs.  He would press his penis against my butt when I would be sitting on his lap.  He then would catch me in the garage while I'm doing laundry and would force me to perform oral sex on him even if I would tell him no.  He would block the door so I could not leave and no one could come in.  He would tell me if I ever told he would lie and say I was making everything up and no one would believe me.  So I never told anyone.  He would always walk in on me in the shower or changing.  He also forced himself on me and would also rub his penis on my vagina.

I was under the impression he was only doing these things to me and as long as I allowed him to do these things to me that my siblings were safe from him and he would leave them alone.

This continued until I was about 16 and finally had enough and told him to stop and was able to get him to stop.  It stopped but he started treating me very horribly.  After a few months I walked into the garage and caught him doing the same thing to my sister MK.  I pulled her aside and asked her about it and at first she denied it and then came to me hysterical and told me he made her perform oral sex on him and it wasn't the first time.  She said she was scared to tell me because he had threatened her as well.  So we had went to my mom and told her everything.  I told her how he had done it to me for years.  She got upset and asked him about it and he denied it all and said we were lying and would get very mean to us.  She treated -- she threatened to leave him and he would get depressed and she would stay.  Then a few months later he

1    would be back at it again.

2             As soon as I turned 18 they kicked me out and told me I

3    was a horrible child and a bad influence and was no longer around my

4    siblings and they kept all the kids from having any contact with me.

5    They told them I was a filthy whore and wouldn't amount to anything

6    because I got pregnant at 19.  I didn't talk to my siblings for at

7    least 4 years.

8             How it effected me.  First of all I had no idea how to

9    face the real world.  It took a lot of work to be able to handle

10   being on my own.  A lot of things I had to learn quickly that I

11   should have already known.  After awhile they started contacting me

12   asking about my son.  They were very mad that I had a baby but

13   wanted to buy him things so they would send him things or would send

14   me money.

15            My 22nd birthday they bought me a car because I was

16   taking the bus everywhere.  I had the car for almost 2 years when DK

17   came forward and everything came out; my mom contacted me telling me

18   she was lying and not to believe her.  Then I came forward and stood

19   by DK because I knew the truth.  My entire family turned against me

20   and DK and told us that we were lying and destroying our family and

21   we were to be -- and we are to be blamed if my parents die or killed

22   themselves.  They stopped paying for my car so it was repoed and I

23   am now without a vehicle because it damaged my credit.  They put me

24   through a lot of emotional heartache for awhile telling me I was

25   never a good daughter and that I am dead to them and that I am no

1   longer family to them.

2         My thoughts.  I feel that they both deserve to be in jail

3   for a long time.  My mom did a lot of physical abuse that she should

4   be punished for as well as knowing about the sexual abuse and doing

5   absolutely nothing to stop it.  And my dad deserves to stay there

6   for all the years of sexual abuse and manipulation by both of them.

7   I fear that if either of them are released they will come after me

8   and my family and DK.  They are very manipulative and they will see

9   that they hurt us for hurting them.  I hope they never get out so I

10  know my family (i.e. my children and my husband) are safe from them.

11  I do not feel comfortable with either of them being out and free.

12        MS. FOULON:  The next victim impact statement is of TA

13  and it will be read by FBI Victim Specialist Kory Williford.

14        FBI VICTIM SPECIALIST WILLIFORD:  TA, victim impact

15  statement.

16        Ladies and gentlemen of the court.  I am writing this

17  letter to explain how Dan and Shae Kemp destroyed my life.  When

18  they were my foster parents Dan repeatedly sexually abused me and

19  his wife went out of her way to cover it up so they could prey on me

20  and countless other children.  They instilled fear in me by telling

21  me stories about how many people Dan killed and how he was a trained

22  killer and how easy it would be to track down my loved ones and kill

23  them if I ever told anyone about what he did to me.  Dan told me he

24  would save me for last and explained how slow and painful my death

25  would be.  I have lived a life of fear, rage, distrust, flashbacks,

night terrors, pain and suffering.

Because of the horrible disgusting vile things I survived I spent my whole childhood moving from foster home to foster home, in and out of psychiatric hospitals for children, from children's homes to group homes until I aged out at 21. I have attempted suicide over six times in my life because of the hell they both put me through. Even as an adult I had to be taught how to shop for food, how to pay bills, how to cook. Even now as a 30 year old adult I am barely standing on my own two feet.

I will never fully be able to adjust and put that horrifying part of my life to rest. My hope is to one day find peace in my life. Every day is a struggle to learn basic life skills that every person needs to survive. After preying on children for over 20 years in multiple states you are finally facing justice.

I want to ask the people of the court to try to put yourself in our shoes and try to feel the pain and torment that me and all the other survivors felt and still struggle with. Please make an example of that monster and let the sentence be a warning to anyone who would ever think about preying on a child that they will be dealt with and get the same punishment. We owe it to our children to protect them and not let history repeat itself and set an example that justice will always be served swiftly and severely. My hope is that one day no child will have to experience the hell that we have.

1          THE COURT:  All right.  Thank you.  Let me take a brief

2     recess at this point and we'll resume with the evidence in about

3     5 minutes.

4          (Recess commencing at 10:32 a.m. and concluding at 10:36 a.m.)

5                    (Open Court at 10:36 a.m.)

6          THE COURT:  Do you have other victim witnesses?

7          MS. FOULON:  Yes, your Honor.  Both are in person.  Next

8     would be CHK.  He's coming in person.

9          THE COURT:  Thank you for being here today and you can

10    make your statement.

11         CHK:  I'm Charles Kemp.  As a child that was adopted by

12    parents that committed such a terrible act of violence towards me, I

13    believe some of the following things should be done.

14         I think that my father should spend the rest of his life

15    in prison.  I believe that he should not be charged with just one

16    count of rape knowing it happened to all my siblings.  I believe he

17    should then register as a sex offender and be treated as such.

18         I believe that my mom should spend the required amount of

19    time in jail due to all the physical abuse that she has caused to

20    me.  I believe she should not be let out easy.  I do not wish

21    anything bad on anyone but I do think that if you do the crime that

22    you should do the time.

23         THE COURT:  Thank you.

24         MS. FOULON:  Next, your Honor, will be DK.

25         THE COURT:  Take your time and go ahead and say what you

1    would like to say.

2            DK:  Hi, my name is DK.  My assaulters were Shanynn Kemp

3    and my father, Daniel Kemp.  My life turned for the worst when I was

4    eight years old.  When your virginity is taken by your own father it

5    breaks you.  Sorry.  (Brief pause).  To this day it still haunts me.

6    It scares me that it will be affecting my relationship.  My

7    boyfriend is very supportive and it still worries me that I will

8    scare him.  For years I beated myself up for it.  Blaming myself.

9    Even almost committed suicide twice.

10           Now, I know it wasn't my fault but even going to bed, I

11   make sure that he's beside -- my boyfriend's beside me and I'm

12   laying beside him; and he makes me happy, even though I know I'm

13   about to fall asleep and have another nightmare.  I know at the end

14   of the day he will still be there and be the person that I wake up

15   beside.  And it comforts me and it's great that -- but I still have

16   to deal with the past.  And I wish it would go away.

17           A part of me wants to take everything in my childhood

18   from that day forward back, but I can't.  The other part of me wants

19   to move forward and not have to remember all the things that

20   happened to me, but, of course, I can't.

21           Like, I know what you're thinking.  She's 21 and it's

22   been a few years since this has happened, but it still affects me to

23   this day.  When I was raped by my own father, I couldn't trust the

24   man ever again.  It took me ten or more years to even trust.  When I

25   sat -- when I sat on my dad's lap, he held his hand and he would

1    find any ways to make just sitting on somebody's lap sexual.  I know

2    holding hands shouldn't even be remotely sexual, but he would find a

3    way to make it sexual.  When I would sit on my dad's lap, he would

4    touch me in my female areas; and when I would hold his hands, he

5    would do this thing where he would rub his thumb in the palm of my

6    hand and tell me that it was meant that he wanted to have sex with

7    me.  And he would intentionally grab my hands to do this.  I stopped

8    trying to sit on his lap, but still be forced by my own mother.

9    And, of course, it was always the same thing.  He would always touch

10   me.  And you'd think someone would see this, but they either did or

11   they didn't care.  And my mother truly did not care.

12           I was with my boyfriend for years, but I couldn't even

13   hold his hand due to this.  I felt like I was stupid scared and even

14   ashamed but I felt that I would never move past it.  But he was very

15   supportive and still tried to help me through it.  To this day I

16   still can't even touch my boyfriend's hand making sure it's him and

17   smiling and make sure I remember that I'm not through that anymore.

18           I worry to even have people near me because I worry about

19   what's going to happen.  Even when in the shelter I had to go

20   through, I had this lady who wanted me -- to take me shopping.

21   Well, when I was with her she sat there and all she did was reach

22   for my leg to just get my attention but because of my PTSD, I

23   freaked out and we almost ended up in a car accident because of it.

24   I'm sorry.  (Brief pause).

25           It's even hard for me not to worry the kids spending time

with their father. My father made me worry about fathers and their kids and even if they're not like that at all, because a lot of people aren't, it's taken me awhile to be okay with my step kids even giving me hugs. There was times where they'd sit there and even just touch my shoulders or try to call me mom and I jumped. I would never want my kids in the position where they can't even hug me without shaking; but, of course, I have to deal with that because of the trauma. Thank goodness I ended up being comfortable with my kids hugging me; but to this day I can't be comfortable hugging me, shaking any hands or any form of physical touch.

My parents, they put me through hell. They sat there and -- I mean, like they said, like, we went through a lot of times where we couldn't even go out. I sat there -- my closest friends were literally at school.

My parents once sat there and since eight years old they would make me drink alcohol constantly. I would go to school drunk. I even have black outs for all my school years. I can't remember a single thing; and to have that all happen, it's horrible for a person because now days like -- to be able to even sit there and go through an adult life because I didn't know any better. Like, I burned down my house once by accident by making french fries and I didn't know about renters insurance and stuff like that so I had to deal with that. It's what they put me through, what they put everybody through, they really deserve to go to prison for the rest of their lives.

1          It's horrible to have to sit there and worry and

2    constantly watch your back, to sit there and make sure that they're

3    not around or nobody is going to hurt you or anything like that.  I

4    can't describe enough how this hurts.  And to sit there and face

5    this and have to see him, it's horrible.  Because he -- I mean, he

6    took my virginity when I was eight years old.  The one thing a woman

7    should never have to deal with.  One thing a woman should always be

8    able to keep sacred, I got that taken away from me.  And to have to

9    sit there and tell your mom and for her to brush it off and blame it

10   on me that it happened.  And every time it would happen, he'd sit

11   there and threaten me and tell me that, you know, if I told anybody,

12   you know, he would all brush it away and all sit there and blame it

13   on me and everything like that.

14          And to have to deal with not being able to be in contact

15   with people and have to sit there and always -- I locked my doors.

16   Like, just freaking out, like, and nobody should ever have to go

17   through that.

18          I really, really hope you put him for life and more.  And

19   I know he's my father, but what he did to me was so horrible.  So I

20   really hope you do put him away.

21          Thank you.

22          MS. FOULON:  Those are all the victim impact statements,

23   your Honor.

24          THE COURT:  Do you want to say anything?

25          MR. WILKINSON:  Your Honor, I would.

1    We filed a sentencing memorandum on July 1st.  It's
2  Docket Entry 108.  I'm also asking the Court to consider imposing a
3  variant sentence.
4    Your Honor, I don't intend to stand here and try to
5  mitigate or excuse what Mr. Kemp did in this case.  I also don't
6  intend to speak against anyone, including the young people that are
7  here today.  One of the reasons that Mr. Kemp decided to plead
8  guilty is so that his children would not suffer any further pain or
9  abuse from him.  Instead, I would like to speak on behalf of Mr.
10  Kemp.
11    The Court may recall talking with Mr. Kemp at his
12  arraignment.  He has served in the United States Army for over half
13  of his life as a transportation officer and achieved the rank of
14  Chief Warrant Officer 4.  The pre-sentence report generally notes
15  that he is a highly decorated member of the United States Army; and
16  while that's true, I would like to take just a few minutes and talk
17  about some of his particular details of his service.
18    Again, he joined the Army in 1991.  By September of 1999
19  he had risen to the rank of a staff sergeant.  2001, a couple years
20  later, he completed his drill sergeant course and was promoted to a
21  drill sergeant.
22    In 2004, he received a Meritorious Service Award for
23  exceptionally meritorious service as a drill sergeant.  He was then
24  promoted by 2005 to a Chief Warrant Officer 1.  And his first
25  evaluation as an officer, he was noted to be the top nobility

officer in the battalion and one of the best -- one of the battalion's best officers overall. In 2006 he was promoted to Chief Warrant Officer 2.

In 2010, four years later, he was promoted to Chief Warrant Officer 3. In his evaluation in 2010 as Chief Warrant Officer 3, he was noted to be an outstanding leader, a role model, a coach and a mentor. A skillful professional, an expert in his field. His work ethic, exceptional leadership as well as his technical and tactical acumen provide a capability that far surpasses his grade.

In May 2012, at that point Colonel Michael Peterman did his evaluation. He wrote that, quote, Danny is the most tactically and technically proficient warrant officer that I have worked with during my 19 years in the Army and that he is among the top 5 percent of all warrant officers I've ever served with.

In May of 2013, at that point Colonel Charles Hamilton was the supervising officer. In his evaluation report, he noted that, Kemp is my number one of the 16 chief warrant officer 3s that I have ever senior rated. Superior performance by a dedicated professional and exceptional warrant officer.

Also in 2013 Mr. Kemp received what's referred to as a Non-Article 5 NATO Medal for his service with the International Security Force, the Coalition Forces in Afghanistan. And then in December of 2013 Mr. Kemp received the Bronze Star medal for exceptionally meritorious service while serving in support of

1    Operation Enduring Freedom in Afghanistan.

2              In January of 2014, the officer evaluation noted that he

3    had been deployed to the Bagram Air Field Base in Afghanistan.

4    Commander Hamilton -- Colonel Hamilton noted that he had superior

5    performance in combat and that Kemp was number 2 of 45 warrant

6    officers in the brigade and ranks in the top 5 percent of all

7    warrant officers that I have served with in my 30-year career.

8              In October of 2014 Mr. Kemp was promoted to the rank of

9    Chief Warrant Officer.

10             In June 2015, one of his final officer evaluations, it

11   was noted that this incredible officer should be assigned to, quote,

12   our most complex, multi-star strategic headquarters where he will

13   serve with absolute distinction.

14             Your Honor, in going through some of those awards -- and

15   every officer evaluation that he received was essentially the

16   same -- I made some passing reference to his deployment overseas.

17   Throughout his 26 year career, he has had six deployments overseas.

18   The first was in Haiti in 1994 and 1995.  He had two deployments to

19   South Korea in 2004/2005 for eight months and then for another

20   17 months in 2010 to 2011.

21             Your Honor, he's also had three tours of duty in combat

22   zones, active war zones.  The first was in Iraq in support of

23   Operation Iraqi Freedom, from January of 2006 to October of 2006 so

24   for over a period of nine months.  He served in the combat zone.  He

25   served in Bagdad, Tikrit, Mosul, Ali Al Salem.  While he was

stationed at Forward Base Speicher he lost two of his friends to mortar fire.

He also had two tours into Afghanistan in support of Operation Enduring Freedom, the first in December of 2007 to January 2009 for 13 months.

His second and final deployment into an active war zone was in May of 2013 to February of 2014 for 19 months.  Again, he served at the forward base at Bagram, he served in Kabul, Kandahar, Jalalabad with the Coalition Forces.

He lost nearly 15 to 20 friends during that service. Nine of them in one crash of a helicopter from mortar fire.

Your Honor, Mr. Kemp has also been diagnosed with PTSD and anxiety.  In 2017, through the VA at Fort Bragg, he began receiving treatment while he was in custody in June of 2017, but he would ask the Court to extend that so BOP is able to do so to continue to provide him treatment for his Post-Traumatic Stress Disorder.

He has been designated as 100 percent disabled by the U.S. Army, both physically and mentally.  His physical abuse is his entire body from degenerative disease in his back, arthritis.  Every joint and part of his body is disabled and, again, the diagnosis for PTSD and his anxiety.

Your Honor, the Government has said Mr. Kemp's service to his Army and country was quote, a sham, and that he only pretended to be an honorable soldier.  While I disagree with that

1  characterization of his service, it is -- the principal reason is
2  his length of his service and the places where he served.

3         I'm asking the Court to consider imposing a variant
4  sentence, for the Court to exercise its statutory authority.  Your
5  Honor, we're not talking about a situation where Mr. Kemp is not
6  going to prison for a long time.  He won't be a concern to the
7  people that have spoken in this courtroom for obviously a very long
8  period of time.  I'm asking the Court though to impose a variant
9  sentence from what is presently the advice of the Guidelines of 30
10 years to life.

11        I'd ask the Court to take into account Mr. Kemp's
12 lifetime of service to the Army and to the United States and
13 especially under the conditions which he served, being in those
14 active war zones.

15        Your Honor, also in consideration of -- Mr. Kemp is
16 presently 50 years old, but in consideration of his age, given
17 whatever sentence the Court imposes, but to keep that in mind in
18 imposing a sentence that the Court considers sufficient but not
19 greater than necessary.

20        Thank you, your Honor.

21        THE COURT:  All right.  Thank you.

22        I'll hear from the Government.

23        MS. FOULON:  Thank you, your Honor.

24        The defendant stood before this Court and said he had bad
25 judgment.  Bad judgment for sexually and physically abusing children

1  since the 1990s.  That's not bad judgment.  Bad judgment is when you
2  run through a stop sign.  Those were intentional acts.  He
3  intentionally tortured children for almost 25 some years.
4        The defendant is asking this Court to focus on his
5  military career as a mitigator in this case, but the truth is there
6  was nothing honorable about his service.  He used his military
7  service to get away with what he was doing behind closed doors and I
8  know that personally as the first six years of my prosecuting career
9  was served in the United States Air Force.  I know how easy it is
10  for military families because they move every two years.  They don't
11  make ties in the local community.  Many of them home school their
12  children.  It is easy to keep children behind closed doors and to
13  keep them quiet and that's exactly what the defendant did in this
14  case and that's how he used his military service.  He used it as a
15  means to cover up what was going on and it should not be considered
16  for a variance in this case, your Honor.
17        The defendant and his wife, since the beginning of his
18  military career, started fostering children.  Children in the foster
19  care system -- children, in general are vulnerable, but those in the
20  foster care system are extra vulnerable and those are the children
21  that they selected to prey on.  They fostered countless kids.  And
22  then they decided on one day to adopt six of them and then raise
23  those six kids in a house of horrors.
24        And inside that house every single day they sexually
25  abused the children, they physically abused the children; and the

1    wife, she covered it up.

2            Luckily in 2016, the Kemps allowed the two youngest of

3    the six to attend a public school in Cameron, North Carolina.  And

4    thank God for that.  Because one of those two, the last victim to

5    stand in front of you today, she was brave.  And she went to school

6    one day and she told a teacher about what was going on and had been

7    going on in the home for years.  And she spoke up.  And but for her

8    being brave and her voice at school that day, we would not be

9    standing here.  Those children would still be living in the house of

10   horrors with the defendant sitting in front of this Court.

11           The sexual abuse the victims suffered, it was extreme.

12   I've done this work a long time and as you have, your Honor, and you

13   see a scale of sexual abuse and on -- sometimes on the left side of

14   the scale people expose themselves, they touch a child, but on the

15   other end you have adults who are forcing sexual acts on children --

16   forcibly raping little kids -- and that's what we have in this case.

17   We are far off the right end of the scale.

18           The defendant wants this Court to consider that he has

19   PTSD.  Let's consider the PTSD of the children.  You heard the

20   victim impact statement of TA.  He has never lived a normal life.

21   He has been in and out of psych wards for children since he was

22   eight years old.  The victims in this case will suffer for the rest

23   of their lives.  The defendant's PTSD should not be taken into

24   consideration.

25           He threatened the kids.  The kids didn't tell over time

for a variety of reasons, one of which he used threats and fear as a means of manipulation. I will kill you and I will kill your family. And vulnerable children believe in that.

He is an evil human being. He is a manipulator and he has sexually abused countless children. He is a predator, your Honor. And we just ask this Court, with the Guideline spanning through life, that you give him a life sentence; that that be something that these children can hold on to for the rest of their lives knowing that he will be behind bars.

Thank you.

THE COURT: I've listened to the arguments from the defendant and the plaintiff -- or the Government and considered the criteria set out in 3553(a) and the Supreme Court's guidance in factors that should be used in sentencing in Federal Court. I'll explain myself.

I find no sufficient ground upon which any variance can be based. The Guideline does capture the essential seriousness and profound injury of this case. The absolute building block of human life is the family. We're all born from a mother and born into a family. Whether it's a narrow family or expansive family, we're in a family and we're ultimately in the family of man. And to attack the essence of that by being a predator and using family as a vehicle for horrible manipulation and preying on the vulnerable and weak and innocent children is inexcusable and should be punished severely.

1          There are a lot of cases that come to this court and
2     there are very few that are more severe in terms of the intentions
3     that the defendant had, the pain, the suffering, the destruction
4     that he carried out.  There's absolutely no mitigation here at all.
5          His service record doesn't absolve him from the
6     purposeful and long predatory conduct against his own children.  And
7     the idea that he became a foster parent in order to abuse children
8     is a terrible factor.
9          Everything in this case calls out for a sentence at the
10    high end and so I'll impose, on Count Eight, a sentence of life in
11    prison and supervised release of life, although I have no reason to
12    believe he'll ever be removed from prison.
13         He's not to violate any laws, if he's ever on supervised
14    release, and pay a special assessment of $100.
15         Anything else from the Government?
16         MS. FOULON:  We would ask, your Honor, for a restitution
17    hearing approximately 90 days out.
18         THE COURT:  All right.  We'll open the case for
19    restitution at the appropriate time.
20         Thank you.
21         MR. WILKINSON:  Your Honor, may I make one other request?
22         THE COURT:  Yeah.
23         MR. WILKINSON:  The majority of Mr. Kemp's family is in
24    Texas.  He would ask the Court recommend FCI Seagoville, which is
25    S-E-A-G-O-V-I-L-L-E, in Seagoville, Texas.

1          THE COURT:  I'm not going to make a recommendation.  I'm

2    going to let the Bureau of Prisons do an evaluation of him and put

3    him where they think he ought to be in terms of his crime.

4          PROBATION OFFICER VANN ROBERSON:  Your Honor, would the

5    Court consider imposing the requirement that he register as a sex

6    offender?

7          THE COURT:  Yes.  If he's ever released, he has to

8    register as a sexual offender.

9          We'll take a recess and resume with the next case.

10

11

12                    (Hearing concluding at 11:04 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1              UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF NORTH CAROLINA

3

4            CERTIFICATE OF OFFICIAL REPORTER

5

6            I, Michelle A. McGirr, RPR, CRR, CRC, Federal

7    Official Court Reporter, in and for the United States District Court

8    for the Eastern District of North Carolina, do hereby certify that

9    pursuant to Section 753, Title 28, United States Code, that the

10   foregoing is a true and accurate transcript of my stenographically

11   reported proceedings held in the above-entitled matter and that the

12   transcript page format is in conformance with the regulations of the

13   Judicial Conference of the United States.

14

15   Dated this 9th day of June, 2021

16

17                          /s/ Michelle A. McGirr
                            MICHELLE A. McGIRR
18                          RPR, CRR, CRC
                            U.S. Official Court Reporter
19

20

21

22

23

24

25